# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JOSEPH NICOLELLA, REG. #10530-025**                                          **PETITIONER**

**VS.**                              **2:16-CV-00055-BRW**

**C.V. RIVERA, Warden, FCI Forrest City Low**                              **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

IT IS SO ORDERED this 18th day of July, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE